IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 06-00364-01-CR-W-ODS |
| | ) | |
| HUGO ALONZO CERVANTES | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On or about July 25, 2006, in the Western District of Missouri and elsewhere, the defendant, HUGO ALONZO CERVANTES, who was an unlawful user of marijuana, a controlled substance, did knowingly, possess in and affecting commerce, a firearm, to wit: a Heritage, Model Stealth 4000, .40 caliber pistol, serial number B03738, which had been transported in interstate commerce.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government:  Joseph M. Marquez
  Case Agent: Special Agent Timothy Canon of the ATF
  Defense:  Lynn A Davis, III

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
   Government: 5-6
   Defendant:   5, defendant may testify

**TRIAL EXHIBITS**
  Government: 15
  Defendant: 0

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
  () Definitely for trial; (x) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1- 1 ½ days**
   Government's case including jury selection: 1 day
   Defense case: 3-4 hours

**STIPULATIONS**: Government counsel will propose a stipulation that the gun was not manufactured in Missouri.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

   **Witness and Exhibit List**
   To the extent these items were not filed the Friday before trial as directed, counsel was to file them by Friday, January 26, 2007.
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday,** February 7, 2007
   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine: None filed.**

**TRIAL SETTING**: Criminal jury trial docket commencing February 12, 2007.

**IT IS SO ORDERED.**

_____/s/_____
SARAH W. HAYS
United States Magistrate Judge